HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL and ALEXANDER POTEBNYA, wife and husband,<br><br>Plaintiff,<br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C16-5766RBL<br><br>ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER is before the Court on Plaintiffs' Motion for Partial Summary Judgment [Dkt. #33]. The Court has reviewed the materials filed for and against the motion. Based on the materials submitted, it is abundantly clear that there are issues of fact as to every point targeted by plaintiffs. The motion is **DENIED**.

Dated this 30th day of January, 2018.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge